-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



---

GERVAN HENDRICK LAWRENCE, also known as, Gervan H. Hendrick,

        Petitioner,

    -v-

ERIC H. HOLDER, Attorney General of the United States, MICHAEL PHILLIPS, Field Office Director for Detention and Removal, Buffalo Field Office, Bureau of Immigration and Customs Enforcement, DEPARTMENT OF HOMELAND SECURITY, and TODD TRYON, Facility Director, Buffalo Federal Detention Facility,

        Respondents.

---

**DECISION and ORDER**
12-CV-6390Fe

Petitioner Gervan Hendrick Lawrence, acting *pro se*, who is currently detained at Buffalo Federal Detention Facility, seeks relief pursuant to 28 U.S.C. § 2241 as more fully set forth in the petition. Petitioner has paid the $ 5.00 filing fee.

Petitioner has failed to sign the petition for habeas relief (Docket No. 1). Rule 11(a) of the Federal Rules of Civil Procedure requires that a party who is unrepresented must sign the petition or the Court must strike the petition  The Court cannot put the case forward without petitioner's signature on the petition.

Petitioner may have until **August 31, 2012** to submit a supplementary petition which has his signature.

The Clerk of the Court is directed to send petitioner a copy of his petition (Docket No. 1). Petitioner is to sign the copy of the petition and return it to the Clerk's Office for filing as a supplemental petition.

Petitioner is forewarned that failure to comply with this Order by returning a signed petition to the Clerk's Office will result in the dismissal of this case without prejudice.

If petitioner has not complied with this Order by **August 31, 2012**, the Clerk of the Court is directed to close this case as dismissed without prejudice without further order.

SO ORDERED.

Dated: \_\_\_\_7/20\_\_\_\_, 2012
Buffalo, New York

_____
WILLIAM M. SKRETNY
Chief Judge
United States District Court